MARC M. SELTZER (SBN 54534)
DAVID H. OROZCO (SBN 220732)
STEVEN G. SKLAVER (SBN 237612)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
Email:  mseltzer@susmangodfrey.com
Email:  dorozco@susmangodfrey.com
Email:  ssklaver@susmangodfrey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WHITING, an individual, on behalf of himself and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>POWER BALANCE LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. SACV11-00213 CJC(MLGx)<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF KENNETH WHITING AND IAN DELIZO'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND TO APPOINT INTERIM LEAD COUNSEL**<br><br>Date:　March 28, 2011<br>Time:　1:30 p.m.<br>Place:　Courtroom of the<br>　　　　Hon. Cormac J. Carney<br>　　　　411 W. Fourth Street<br>　　　　Santa Ana, CA  92701<br>　　　　Courtroom 9B |

1477983v1/012450

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 28, 2011 at 1:30 p.m. or as soon as counsel may be heard in Courtroom 9B of the above-referenced Court, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Kenneth Whiting, an individual, on behalf of himself and on behalf of all others similarly situated and Ian Delizo (together "Plaintiffs"), will and hereby do move pursuant to Rule 42(a) of the Federal Rules of Civil Procedure for consolidation of all related action; and (b) for the approval of Marc Seltzer of Susman Godfrey L.L.P. and Jeff S. Westerman of Milberg LLP as interim counsel for the Class.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the [Proposed] Order, the Declaration of Steven Sklaver in Support of the Motion To Consolidate And To Appoint Interim Lead Counsel, all accompanying papers, pleadings and records on file in this action, and any further evidence or argument that may be presented before or at the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 11, 2011 and February 17, 2011.

Dated: February 22, 2011

MARC M. SELTZER
DAVID H. OROZCO
STEVEN G. SKLAVER
SUSMAN GODFREY L.L.P.

By: /s/ Steven Sklaver
Steven G. Sklaver
Attorneys for Plaintiff

1477983v1/012450

1

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On February 22, 2011, I served the foregoing document(s) described as follows:

**PLAINTIFF KENNETH WHITING AND IAN DELIZO'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE AND TO APPOINT INTERIM LEAD COUNSEL**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

____ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

____ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

_XX_ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on February 22, 2011, at Los Angeles, California

_XX_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Helen Danielson                     (Signature)
(Type or Print Name)

1477983v1/012450

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | Robyn C. Crowther<br>CALDWELL LESLIE & PROCTOR, PC<br>1000 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90017-2463<br>Telephone: (213) 629-9040<br>Facsimile: (213) 629-9022<br>Email: crowther@caldwell-leslie.com | ATTORNEYS FOR PLAINTIFF<br>Brian Casserly |
| | David J. Meiselman<br>James R. Denlea<br>Jeffrey I. Carton<br>D. Greg Blankinship<br>MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.<br>1311 Mameroneck Avenue<br>White Plains, New York 10605<br>Telephone: (914) 517-5000<br>Facsimile: (914) 517-5055<br>Email: gblankinship@mdpcelaw.com | |
| | Vahn Alexander<br>FARUQI & FARUQI, LLP<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 461-1426<br>Facsimile: (310) 461-1427<br>Email: valexander@faruqilaw.com | ATTORNEYS FOR PLAINTIFFS<br>Willy Granados and Thomas Velazquez |
| | Jon Tostrud<br>CUNEO, GILBERT & LaDUCA, LLP<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 461-1620<br>Facsimile: (310) 461-1621<br>Email: jtostrud@cuneolaw.com | |
| | Stanley D. Saltzman<br>Marcu D. Bradley<br>Kiley L. Grombacher<br>MARLIN & SALTZMAN, LLP<br>29229 Canwood Street, Suite 208<br>Agoura Hills, California 91301<br>Telephone: (818) 991-8080<br>Facsimile: (818) 991-8081<br>Email: ssaltzman@marlinsaltzman.com<br>    mbradley@marlinsaltzman.com<br>kgrombacher@marlinsaltzman.com | ATTORNEY FOR PLAINTIFF<br>Whitney Ghodsian |

1477983v1/012450

| | | |
|---|---|---|
| 1 | Pejman Ben-Cohen<br>NOVAK & BEN-COHEN | |
| 2 | 8383 Wilshire Boulevard, Suite 1004<br>Beverly Hills, California 90211 | |
| 3 | Telephone: (323) 651-4222<br>Facsimile: (323) 651-42221 | |
| 4 | Email: pab@nobelaw.com | |
| 5 | Lionel Z. Glancy<br>Marc. L. Godino | ATTORNEY FOR PLAINTIFF<br>Joon Khang |
| 6 | GLANCY BINKOW & GOLDBERG, LLP | |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, California 90067 | |
| 8 | Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 | |
| 9 | Email: info@glacylaw.com | |
| 10 | Michael Louis Kelly<br>Behram V. Parekh | ATTORNEY FOR PLAINTIFF<br>Christopher Greene |
| 11 | Heather M. Peterson<br>KIRTLAND & PACKARD, LLP | |
| 12 | 2361 Rosecrans Avenue, Fourth Floor<br>El Segundo, California 90245 | |
| 13 | Telephone: (310) 536-1000<br>Facsimile: (310) 536-1001 | |
| 14 | Email: mlk@kirtlandpackard.com<br>        bvp@kirtlandpackard.com | |
| 15 |         hmp@kirtlandpackard.com | |
| 16 | Sean Reis<br>EDELSON MCGUIRE, LLP | ATTORNEY FOR PLAINTIFF<br>Devin Clemence |
| 17 | 30021 Tomas Street, Suite 300<br>Ranch Santa Margarita, California | |
| 18 | 92688<br>Telephone: (949) 459-2124 | |
| 19 | Fax: (949) 459-2123<br>Email: sreis@edelson.com | |
| 20 | | |
| 21 | Michael J. Aschenbrener<br>Christopher L. Doore | |
| 22 | EDELSON MCGUIRE, LLC<br>350 North LaSalle Street, Suite 1300 | |
| 23 | Chicago, Illinois 60654<br>Telephone: (312) 589-6370 | |
| 24 | Fax: (312) 589-6378<br>Email: maschenbrener@edelson.com | |
| 25 |         cdore@edelson.com | |
| 26 | | |
| 27 | | |
| 28 | | |

1477983v1/012450

| | | |
|---|---|---|
| 1 | Kevin Boyle<br>Rahul Ravipudi | ATTORNEY FOR PLAINTIFF<br>Andre Batungbacal |
| 2 | PANISH SHEA & BOYLE, LLP | |
| 3 | 11111 Santa Monica Boulevard, Suite 700 | |
| 4 | Los Angeles, California 90025<br>Telephone: (310) 477-1700 | |
| 5 | Facsimile: (310) 477-1699<br>Email: boyle@psblaw.com | |
| 6 | ravipudi@psblaw.com | |
| 7 | Filippo Marchino<br>THE X-LAW GROUP, PC | |
| 8 | 633 W. 5th St., 26th Floor, Suite 2629<br>Los Angeles, California 90071 | |
| 9 | Telephone: (213) 223-2232<br>Facsimile: (213) 226-4691 | |
| 10 | Email: filippo.marchino@xlawx.com<br>Damon.rogers@xlawx.com | |
| 11 | Jeff S. Westerman | ATTORNESY FOR PLAINTIFF<br>Ian Delizo |
| 12 | MILBERG LLP<br>300 South Grand, Suite 3900 | |
| 13 | Los Angeles, CA 90071<br>Telephone: (213) 617-1200 | |
| 14 | Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com | |
| 15 | Jeffrey K. Compton | |
| 16 | William A. Baird<br>MARKUN ZUSMAN & COMPTON LLP | |
| 17 | 17383 Sunset Boulevard, Suite A380 | |
| 18 | Pacific Palisades, California 90272<br>Telephone: (310) 454-5900 | |
| 19 | Facsimile: (310) 454-5970<br>Email: jcompton@mzclaw.com | |
| 20 | tbaird@mzclaw.com | |
| 21 | Eric H. Gibbs<br>GIRARD GIBBS LLP | ATTORNEYS FOR PLAINTIFF<br>Henry Diaz |
| 22 | 601 California Street, Suite 1400<br>San Francisco, California 94108 | |
| 23 | Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846 | |
| 24 | ehg@girardigibbs.com | |
| 25 | Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP | |
| 26 | 350 Sansome Street, Suite 400<br>San Francisco, CA 94104 | |
| 27 | Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707 | |
| 28 | lking@kaplanfox.com | |

1477983v1/012450

| | | |
|---|---|---|
| 1 | Mark N. Todzo | ATTORNEYS FOR PLAINTIFF |
| | Howard Hirsch | C.F.C., minor, by and through |
| 2 | LEXINGTON LAW GROUP | CHRISTINE F, his parent and guardian |
| | 1627 Irving Street | |
| 3 | San Francisco, CA 94122 | |
| | Telephone: (415) 759-4111 | |
| 4 | Facsimile: (415) 759-4112 | |
| | Email: motodzo@lexlawgroup.com | |
| 5 | | |
| | Christopher M. Burke | |
| 6 | SCOTT + SCOTT LLP | |
| | 600 B Street, Suite 1500 | |
| 7 | San Diego, CA 92101 | |
| | Telephone: (619) 233-4565 | |
| 8 | Facsimile: (619) 233-0508 | |
| | Email: cburke@scott-scott.com | |
| 9 | | |
| | Stuart A. Davidson | ATTORNEYS FOR PLAINTIFF |
| 10 | Cullin A. O'Brien | Eric Intihar |
| | Mark Dearman | |
| 11 | ROBBINS GELLER RUDMAN & DOWD, LLP | |
| 12 | 120 East Palmetto Park Road, Suite 500 | |
| | Boca Raton, FL 33432 | |
| 13 | Telephone: (561) 750-3000 | |
| | Facsimile: (561) 750-3364 | |
| 14 | Email: sdavidson@rgrdlaw.com | |
| | cobrien@rgrdlaw.com | |
| 15 | mdearman@rgrdlaw.com | |
| 16 | Steven Gerson | |
| | THE GERSON LAW FIRM | |
| 17 | 8551 West Sunrise Blvd., Suite 300 | |
| | Plantation, FL 33322 | |
| 18 | Telephone: (954) 915-8888 | |
| | Facsimile: (954) 915-9191 | |
| 19 | Email: sgerson@gersonlawfirm.com | ATTORNEYS FOR PLAINTIFF |
| 20 | Chris t. Hellums | Richard Bowlin |
| | PTTMAN, DUTTON & HELLUMS, P.C. | |
| 21 | | |
| | 2001 Park Place North, Suite 1100 | |
| 22 | Birmingham, Alabama 35203 | |
| | Telephone: (205) 322-8880 | |
| 23 | Facsimile: (205) 328-2711 | |
| | Email: pdkh-efling@pdkhlaw.com | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1477983v1/012450

| | |
|---|---|
| 1 | |
| 2 | E. Kirk Wood<br>Michael E. Gurley, Jr. |
| 3 | WOOD LAW FIRM, LLC.<br>P.O. Box 382434 |
| 4 | Birmingham, Alabama 35238-2434<br>Telephone:  (205) 908-6512 |
| 5 | Facsimile:  (866) 747-3905<br>Email:   ekirkwood1@bellsouth.net |
| 6 | mgurleyjr@yahoo.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1477983v1/012450